**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| NATE SWARTZ, on behalf of himself and all others similarly situated,<br>*Plaintiff*,<br>v.<br>ESPN Inc.,<br>*Defendant*. | Civil Action No. 1:22-CV-01523<br>(Judge Christopher C. Conner) |

**ORDER**

AND NOW, this ______ day of _____________, ____, upon consideration of the Motion to Compel Arbitration and Stay Litigation of Defendant ESPN Inc., and any responses or replies thereto, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

It is further **ORDERED** that Plaintiff's claims against Defendant ESPN Inc. must be pursued in accordance with the terms of Plaintiff's written arbitration agreements, and that litigation of those claims in this Court is **STAYED** in its entirety until further Order of the Court.

______________________________
Hon. Christopher C. Conner
United States District Judge