SRK
SPECTOR ROSEMAN & KODROFF PC

Direct Email:
jmacoretta@srkattorneys.com

April 18, 2023

**VIA ECF**
Hon. Christopher C. Conner
U.S. District Court, Middle District of Pennsylvania
Ronald Reagan Federal Building
228 Walnut Street
Harrisburg, PA 17101

**Re:** ***Swartz v. ESPN Inc.*, No. 1:22-cv-01523 (M.D. Pa.)**

Dear Judge Conner:

On behalf of Plaintiff Nate Swartz, we write to notify the Court of Supplemental Authority relevant to Defendant ESPN's Pending Motion to Compel Arbitration.

Specifically, in *White, et al v. Samsung Electronics America, Inc.*, 61 F.4th 334 (3d Cir. 2023), the Third Circuit interpreted *Morgan v. Sundance, Inc.*, ___ U.S. ___, 142 S.Ct. 1708, 212 L.Ed.2d 753 (2022) as rejecting any "arbitration preferential rules" and instructing courts to treat arbitration disputes just like all other contractual disputes. *White*, *supra.*, at 339.

Sincerely,

John A. Macoretta

cc: All counsel (via ECF)