SPECTOR ROSEMAN & KODROFF PC

Direct Email:
dzinser@srkattorneys.com

May 9, 2023

**VIA ECF**
Hon. Christopher C. Conner
U.S. District Court, Middle District of Pennsylvania
Ronald Reagan Federal Building
228 Walnut Street
Harrisburg, PA 17101

**Re:** ***Swartz v. ESPN Inc.*, No. 1:22-cv-01523 (M.D. Pa.)**

Dear Judge Conner:

On behalf of Plaintiff Nate Swartz, we write to notify the Court of Supplemental Authority relevant to Defendant ESPN's pending Motion to Compel Arbitration.

As the Court is undoubtedly aware, in *Roman v. Prince Telecom LLC*, Nos. 22-1348 and 22-1349 (3d Cir. May 2, 2023), a three-judge panel affirmed this Court's decision in *Roman v. Prince Telecom LLC*, No. 1:21-cv-693 (M.D. Pa. Jan. 26, 2022) (Conner, J.) and ruled that plaintiffs' sworn affidavits "presented sufficient proof that a genuine issue of material fact exists regarding the formation of an agreement to arbitrate." Slip op. at 10.

Sincerely,

/s/ *Diana J. Zinser*

Diana J. Zinser

cc: All counsel (via ECF)