**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| NATE SWARTZ, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>ESPN Inc.,<br><br>*Defendant*. | Civil Action No. 1:22-cv-01523<br>(Hon. Karoline Mehalchick) |

**DEFENDANT ESPN INC.'S RENEWED MOTION TO COMPEL ARBITRATION AND STAY THIS ACTION**

Defendant ESPN Inc. ("ESPN"), through its counsel, hereby moves to compel arbitration, pursuant to Plaintiff's written arbitration agreements and the Federal Arbitration Act, and stay this action pending the completion of the arbitration proceeding. 9 U.S.C. § 3–4. The grounds for this motion are set forth in the accompanying memorandum.[1]

[1] "Arbitrability is a 'gateway' issue, so 'a court should address the arbitrability of the plaintiff's claim *at the outset* of the litigation.'" *Silfee v. Automatic Data Processing, Inc.*, 696 F. App'x 576, 577 (3d Cir. 2017) (citations omitted). "[I]n in the typical case, courts should rule on a motion to compel arbitration before resolving the case on alternative, nonjurisdictional grounds." *Hause v. City of Sunbury*, 2022 WL 738611, at *2 (3d Cir. Mar. 11, 2022). Defendant reserves the right to file a Rule 12(b) motion on all other applicable grounds, prior to answering, at a later time. *See Aetna Life Ins. Co. v. Alla Med. Servs., Inc.*, 855 F.2d 1470, 1475

Dated: February 9, 2024

Respectfully submitted,

By: /s/ *Jasmeet K. Ahuja*
Jasmeet K. Ahuja (PA ID # 322093)
HOGAN LOVELLS US LLP
1735 Market Street, 23rd Floor
Philadelphia, PA 19103
Telephone: (267) 675-4600
jasmeet.ahuja@hoganlovells.com

Allison M. Holt Ryan (*pro hac vice*)
HOGAN LOVELLS US LLP
555 Thirteenth Street NW
Washington, D.C. 20004
Telephone: (202) 637-5600
allison.holt-ryan@hoganlovells.com

(9th Cir. 1988) (holding that a prior motion to dismiss or stay did not bar a later Rule 12(b) motion).

**CERTIFICATE OF SERVICE**

I hereby certify that, on February 9, 2024, a true and correct copy of the foregoing document and supporting documents were filed using the Court's CM/ECF System, which will serve all counsel of record.

Dated: February 9, 2024 By: /s/ *Jasmeet K. Ahuja*

## CERTIFICATE OF CONCURRENCE

I hereby certify that pursuant to Local Rule 7.1, counsel for movants sought concurrence from the parties. Plaintiff's counsel did not concur.

Dated: February 9, 2024 By: /s/ *Jasmeet K. Ahuja*